IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERICAN JAWA LTD.,** | : | **CIVIL ACTION NO. 1:06-CV-2119** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **ZETOR NORTH AMERICA, INC.,** | : | |
| *et al.*, | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 14th day of December, 2006, upon consideration of the stipulation executed by counsel for the parties (Doc. 9), indicating that the parties have agreed that the date for plaintiff/counterclaim defendant to respond to the counterclaim (Doc. 8) should be extended to January 5, 2007, and it appearing that the stipulation should be construed as an unopposed motion for an enlargement of time in which to file a response to the counterclaim,[1] see FED. R. CIV. P. 6(b), it is hereby ORDERED that:

1. The stipulation (Doc. 9) is CONSTRUED as a motion for an enlargement of time and is GRANTED as so construed.

---

[1] Neither the Federal Rules of Civil Procedure nor the Local Rules grant parties independent authority to extend deadlines absent approval by the court. See, e.g., FED. R. CIV. P. 6(b), 12(a), 16(b); see also L.R. 1.3; cf. FED. R. CIV. P. 29 (stating that parties may generally modify discovery deadlines by stipulation but that court approval is required if a modification "would interfere with" case management deadlines).

2. Plaintiff/Counterclaim Defendant shall file, on or before January 5, 2007, a response to the counterclaim (Doc. 8).

                S/ Christopher C. Conner
                CHRISTOPHER C. CONNER
                United States District Judge